# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                      **CASE NO.**   25-CR-20023-HLT-ADM

**ENOCH KENNON,**

        **Defendant.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. § 922(g)(1) and 924(a)(8)]**

On or about October 8, 2024, in the District of Kansas, the defendant,

**ENOCH KENNON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (specifically, in 2012 of being a felon in possession of a firearm in United States District Court for the District of Kansas case 11-20129-03), knowingly possessed a firearm and ammunition (identified as a Glock, Model 26, 9mm handgun and

1

27 rounds of ammunition), and this firearm and ammunition were possessed in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

## **FORFEITURE NOTICE**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Count One of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

    A.    Glock Model 26, 9 mm handgun, serial number NTU981;
    B.    Approximately 27 rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

December 17, 202                    s/Foreperson
DATE                                  FOREPERSON OF THE GRAND JURY

3

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By: /s/ *D. Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

## **Count One: Felon in Possession of a Firearm**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(2)/(a)(8).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.